| | |
|---|---|
| 1 | MICHELLE A. CHILDERS (SBN #197064) |
| | michelle.childers@dbr.com |
| 2 | NATHAN D. CARDOZO (SBN #259097) |

MICHELLE A. CHILDERS (SBN #197064)
michelle.childers@dbr.com
NATHAN D. CARDOZO (SBN #259097)
nathan.cardozo@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:   (415) 591-7500
Facsimile:   (415) 591-7510

Attorneys for Defendants
ETHICON, INC. (on its own behalf and behalf of its
Division, ETHICON WOMEN'S HEALTH &
UROLOGY, and erroneously sued as GYNECARE,
INC.); and JOHNSON & JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LYNNETTE BLACKMAN, an individual, PAMELA AGUILAR, an individual, BETTY GIPE, an individual, EDITH ROBERTSON, an individual, LAURA VUJOVICH, an individual, ANNETTE CONSALVOS, an individual, and JOYCE FLYNN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GYNECARE, INC. a California Corporation; ETHICON, INC. a New Jersey corporation, JOHNSON & JOHNSON, a New Jersey corporation, DOE MANUFACTURERS one through one hundred,<br><br>Defendants. | Case No. 4:10-CV-04741-PJH<br><br>**STIPULATION AND JOINT REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE AND [PROPOSED] ORDER**<br><br>Date:         April 7, 2011<br>Time:        2:00 p.m.<br>Courtroom:  3<br>Judge:       Hon. Phyllis J. Hamilton<br><br>Complaint Filed:  October 20, 2010<br>**Trial Date:    Not set** |

Pursuant to Local Rule 16-2(e) of the United States District Court of the Northern District of California, the parties request a continuance of the Case Management Conference as follows:

1.    On February 4, 2011, the Court scheduled a Case Management Conference for April 7, 2011.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND REQUEST FOR RELIEF FROM
CASE MANAGEMENT SCHEDULE
SF01/ 743937.2

CASE NO. 4:10-CV-04741-PJH

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND REQUEST FOR RELIEF FROM
CASE MANAGEMENT SCHEDULE
SF01/ 743937.2

CASE NO. 4:10-CV-04741-PJH

2. On March 1, 2011, Defendants moved to sever and transfer this action to each of Plaintiffs' individual home districts. If Defendants' motion is granted, none of the Plaintiffs' claims will remain in this Court. Defendants motion is scheduled to be heard on April 6, 2011.

3. All parties have agreed to request that the pending motion to sever and transfer be decided before the parties move forward with this lawsuit.

WHEREFORE Plaintiffs and Defendants, hereby stipulate by the undersigned counsel to request that the Court continue the Case Management Conference currently set for April 7, 2011 for an additional 90 days or to a date convenient to the Court.

Dated: March 15, 2011  DRINKER BIDDLE & REATH LLP

By:/s/ Michelle A. Childers
   Michelle A. Childers

Attorneys for Defendants
ETHICON WOMEN'S HEALTH &
UROLOGY DIVISION OF ETHICON, INC.
(erroneously sued as GYNECARE, INC.);
ETHICON, INC.; and JOHNSON &
JOHNSON

Dated: March 15, 2011  GIRARDI & KEESE

By:/s/ Amanda Kent
   Thomas V. Girardi
   Amy Fisch Solomon
   Amanda Kent

Attorneys for Plaintiffs

The Case Management Conference scheduled for April 7, 2011 is hereby continued until July 7, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/16/11  BY THE COURT

Honorable Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE - 2 - CASE NO. 4:10-CV-04741-PJH
SF01/ 743937.2