# DrinkerBiddle&Reath
LLP

Nathan D. Cardozo
Associate
415-591-7529 Direct
nathan.cardozo@dbr.com

*Law Offices*

50 Fremont Street
San Francisco, CA
94105-2235

415-591-7500 phone
415-591-7510 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

May 10, 2011

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 MAY 11   P 12: 27

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**VIA FEDEX**

Honorable Benson Everett Legg, Judge
United States District Court
4228 U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201

Re:   **Blackman et al v. Gynecare, Inc. et al**
      **L-11-1090**

Dear Judge Legg:

Pursuant to the Court's notice of April 28, 2011, we write to inform the Court that attorneys Michelle A. Childers and Nathan D. Cardozo of the law firm of Drinker Biddle & Reath LLP, as well as attorneys Christy D. Jones and Adam J. Spicer of the law firm of Butler, Snow, O'Mara, Stevens and Cannada, PLLC, do not plan to seek admission *pro hac vice* in this matter and do not plan to represent Defendants before this Court. Defendants are in the process of retaining Maryland counsel and that counsel will enter an appearance in this matter. Additionally, Kelly Crawford and Maha Kabbash of the law firm Riker, Danzig, Scherer, Hyland & Perretti LLP plan to seek admission *pro hac vice*.

Thank you for your consideration.

Respectfully,

Nathan D. Cardozo/JEC

Nathan D. Cardozo

NDC

cc:   Michelle Childers, Esq.
      Adam Spicer, Esq.
      Christy Jones, Esq.
      Kelly Crawford, Esq.
      Maha Kabbash, Esq.
      Thomas Girardi, Esq.
      Amanda Kent, Esq.

*Established 1849*

SF01/ 760086.2