# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (NORTHERN DIVISION)

| | |
|---|---|
| LYNNETTE BLACKMAN, et al. | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Civil Action No.: 1:11-cv-01090-BEL |
| | * |
| GYNECARE, INC., et al. | * |
| | * |
| Defendants. | * |
| | * |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Bruce R. Parker of Venable LLP, as counsel for Defendants Ethicon, Inc. on its own behalf and on behalf of its Division, Ethicon Women's Health & Urology, erroneously sued as Gynecare, Inc., and Johnson & Johnson, in the above-captioned matter.

     /s/ *Bruce R. Parker*
Bruce R. Parker (Bar No. #00028)
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400 (telephone)
(410) 244-7742 (facsimile)
brparker@venable.com

*Attorney for Defendants*
*Ethicon, Inc. on its own behalf and on behalf of its Division, Ethicon Women's Health & Urology, erroneously sued as Gynecare, Inc., and Johnson & Johnson*

BA2/415865

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 12th Day of May, 2011, the foregoing **Notice of Entry of Appearance** was filed electronically this day and is available for viewing from the Court's ECF system.  Notice of this filing will be sent to all counsel of record via the Court's ECF system.

                                            /s/ *Bruce R. Parker*
                                            Bruce R. Parker